UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CHARLOTTE HOLLANDER, ESQ
LAW PROJECT OF SNJ
709 HADDONFIELD-BERLIN ROAD
VOORHEES, NJ 08043
856-784-8532
Attorney for Debtor

**Order Filed on January 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

BERNARD BURKHARDT

| | |
|---|---|
| Case No.: | 17-34315 |
| Chapter: | 7 |
| Hearing Date: | 11/20/2018 |
| Judge: | ABA |

## CAPTION OF ORDER

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: January 7, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

BERNARD BURKHARDT #17-34315

The proposed settlement of $12,385.92 net [$14,885.92 minus $2500.00 deductible] for property damage to Debtor's 2015 Toyota Camry is hereby approved. This amount shall be paid to Toyota Motor Credit if same is acceptable to it.

United States Bankruptcy Court
District of New Jersey

In re:  
Bernard Burkhardt  
     Debtor

Case No. 17-34315-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 07, 2019  
     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2019.  
db     +Bernard Burkhardt,   401 E. Gibbsboro RD APT N17,   Clementon, NJ 08021-1995

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2019 at the address(es) listed below:  
     Charlotte Hollander    on behalf of Debtor Bernard Burkhardt chollander2@gmail.com  
     Denise E. Carlon    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
     Rebecca Ann Solarz    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 6