**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bernard Burkhardt | Social Security number or ITIN   xxx–xx–8651 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34315–ABA | |

# Order of Discharge       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bernard Burkhardt

2/1/19            **By the court:**   Andrew B. Altenburg Jr.
                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 17-34315-ABA
Bernard Burkhardt                                           Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Feb 01, 2019
                               Form ID: 318                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db             +Bernard Burkhardt,    401 E. Gibbsboro RD APT  N17,    Clementon, NJ 08021-1995
517807867       ALLISON FREYERMUTH,    2107 E Hagert St,    Philadelphia, PA 19125-1601
517807868       DONNA FLANNERY,    1808 Mount Holly Rd,    Burlington, NJ 08016-4701
517208051       MAIN STREET DENTAL DEPTFORD,    1375 Delsea Dr,    Deptford, NJ  08096-1940
517208052      +PSE&G,    80 Park Plz,    Newark, NJ 07102-4194
517208053       RESIDENT DATA LLC,    12770 Coit Rd,    Dallas, TX  75251-1336
517807869      +SAMUEL FLANNERY,    229 E Girard Ave,    Philadelphia, PA 19125-3947
517239077      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517268802      +Toyota Motor Credit Corporation,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Feb 02 2019 06:28:00     Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517208049       EDI: CONVERGENT.COM Feb 02 2019 06:28:00     CONVERGENT OUTSOURCING INC,    PO Box 9004,
                 Renton, WA  98057-9004
517208048       EDI: WFNNB.COM Feb 02 2019 06:28:00     ComenityCAPITALLENDINGCLUB,    PO Box 182120,
                 Columbus, OH  43218-2120
517306930      +EDI: AIS.COM Feb 02 2019 06:28:00     Directv, LLC,   by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517208050       EDI: IIC9.COM Feb 02 2019 06:28:00     IC SYSTEMS,    PO Box 64378,   Saint Paul, MN  55164-0378
517332475      +E-mail/Text: bankruptcy@pseg.com Feb 02 2019 02:04:31     PSE&G,    Attn: Bankruptcy,
                 PO Box 490,   Cranford, NJ 07016-0490
517230531      +EDI: AIS.COM Feb 02 2019 06:28:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517208055       EDI: TFSR.COM Feb 02 2019 06:28:00     Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA  52408-8026
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517224280        Woodlynne Village,    No Address Given
517208054   ##+STELLAR RECOVERY INC,    4800 Spring Park Rd,   Jacksonville, FL 32207-7463
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2019 at the address(es) listed below:
              Charlotte Hollander    on behalf of Debtor Bernard   Burkhardt chollander2@gmail.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Feb 01, 2019
                               Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6